UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| ADT SECURITY SERVICES, INC., | Civil No. 07-2983 (JRT/AJB) |
| Plaintiff/Counterclaim Defendant, | |
| v. | |
| VICKI SELIGER SWENSON, as Personal Representative of the Estate of Teri Lynn Lee and as Trustee for the Next-of-Kin of Teri Lynn Lee, Decedent; T.M.L., T.B.L., T.J.L., and T.M.L., minors, through their Co-Guardians and Co-Conservators, Erik P. Swenson and Vicki Seliger Swenson; | **ORDER** |
| Defendants/Counterclaimants. | |

Timothy R. Thornton and Molly M. Borg, **BRIGGS & MORGAN, PA**, 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402-2157; Charles C. Eblen and J. Stan Sexton, **SHOOK, HARDY & BACON, LLP**, 2555 Grand Boulevard, Kansas City, MO 65108-2613; for plaintiff/counterclaim defendant.

Paul D. Peterson, Lori L. Barton, and William D. Harper, **HARPER & PETERSON, PLLC**, 3040 Woodbury Drive, Woodbury, MN 55129-9617; for defendants/counterclaimants Vicki Seliger Swenson, T.M.L., T.B.L., T.J.L., and T.M.L.

This matter is before the Court upon ADT Security Services, Inc.'s ("ADT") Motion to Increase Word Limit Described in Local Rule 7.1(c) [Docket No. 187].

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. ADT's motion is **GRANTED**, and the Rule 7.1(c) word count limitation of 12,000 words applicable to the briefing for ADT's Motion for Summary Judgment is hereby increased by 12,000 words.

2. The Swenson Defendants/Counterclaimants request for a similar word count increase for their memorandum of law opposing ADT's motion is **GRANTED**.

DATED: March 16, 2010      ____s/ John R. Tunheim____
at Minneapolis, Minnesota.      JOHN R. TUNHEIM
     United States District Judge